**Marc Richard ADAMS, Plaintiff, Appellant,**

v.

**COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, et al., Defendants, Appellees.**

No. 03–1456.

United States Court of Appeals, First Circuit.

Nov. 17, 2003.

Marc Richard Adams, on brief pro se.

Peter W. Heed, Attorney General and Nancy J. Smith, Senior Assistant Attorney General, on brief for appellees.

Before TORRUELLA, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

Pro se inmate Marc Adams appeals the district court's dismissal of his civil rights complaint for failure to exhaust administrative remedies, as required by the Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C § 1997e(a). We have reviewed the record and the parties' submissions and conclude that, contrary to appellant's contentions, the district court applied the proper standards of law and correctly concluded that appellant had failed to exhaust his PLRA remedies. To the extent appellant argues that defendants waived or should have been estopped from asserting the failure-to-exhaust defense, his arguments are legally and factually unfounded.

*Affirmed. See* Loc. R. 27(c).